UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK PHILLIPS**,<br><br>    Plaintiff,<br><br>  v.<br><br>**STANDARD INSURANCE COMPANY**,<br><br>    Defendant. | Case No.  14-cv-03301-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS** |

The Court is in receipt of the parties' Joint Case Management Statement (Dkt. No. 21). In light of the status of the case stated therein, the Court **ORDERS** as follows:

(1)   the case management conference set for January 12, 2015, is **VACATED**;

(2)   discovery cutoff is June 19, 2015;

(3)   the parties' briefing schedule for filing cross-motions for summary judgment shall be as follows:

- Plaintiff shall file his motion for summary judgment no later than August 18, 2015.
- Defendant shall file a single, combined opposition to Plaintiff's motion and cross-motion for summary judgment no later than September 1, 2015.
- Plaintiff shall file a single, combined reply on his summary judgment motion and opposition to Defendant's cross-motion no later than September 15, 2015.
- Defendant shall file its reply on its cross-motion no later than September 22, 2015.
- Hearing on the cross-motions is set for October 6, 2015, at 2:00 p.m.

(4)   Any amendment of pleadings must be by noticed motion.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**