SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 732-0282

Attorney for Plaintiff
MARK PHILLIPS

MARGIE R. LARIVIERE (SBN: 172975)
mlariviere@gordonrees.com
TINO DO (SBN: 221346)
tdo@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
STANDARD INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK PHILLIPS, | CASE NO. 3:14-CV-03301-YGR |
| Plaintiff, | ORDER GRANTING **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE;** ~~[PROPOSED] ORDER THEREON~~ |
| vs. | |
| STANDARD INSURANCE COMPANY, | |
| Defendants. | Complaint Filed: 7/22/14<br>First Amended Complaint Filed: 9/10/14 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff MARK PHILLIPS and Defendant STANDARD INSURANCE COMPANY, by and through their respective attorneys of record, that the parties agree to dismiss this action in its entirety, with prejudice, as to all defendants, pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Each party shall bear its own attorneys' fees and costs in this matter.

Dated: May 14, 2015                ROBOOSTOFF & KALKIN

By:  */s/ Scott Kalkin*
       Scott Kalkin
Attorney for Plaintiff
MARK PHILLIPS

Dated: May 14, 2015                GORDON & REES LLP

By:   /s/ *Margie Lariviere*
       Margie R. Lariviere
       Tino X. Do
Attorneys for Defendant
STANDARD INSURANCE COMPANY

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the action is hereby dismissed with prejudice.

Dated: May 18, 2015

Hon. Yvonne Gonzalez Rogers
United States District Court Judge